**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Miguel A. Rivera, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 1280 |
| | ) | |
| United States Sentencing Commission, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this _15th_

day of July 2008,

ORDERED that petitioner's application to proceed *in forma pauperis* [Dkt. No. 2] is

GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final

appealable Order.

United States District Judge

